October 30, 2009

Mr. Jeffrey S. Levinger
Hankinson Levinger LLP
750 N. St. Paul Street, Suite 1800
Dallas, TX 75201
Mr. Michael L. Jones
Henry & Jones LLP
2902 Carlisle, Suite 150
Dallas, TX 75204-4078

RE: Case Number: 07-0818
 Court of Appeals Number: 05-06-01024-CV
 Trial Court Number: 03-11843-C

Style: AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
 v.
 NATIONAL DEVELOPMENT AND RESEARCH CORPORATION

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |
| |Mr. Mark C. Harwell|
| | |
| |Mr. Luther H. |
| |Soules III |